```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0143--CV (JWS)
              "ROSANNA LEE DICKENS V PRINCESS CRUISES"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:
     Referral Rule:
             Filed: 06/20/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (442) Jobs
                    BREACH OF COVENANT OF GOOD FAITH
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 06/20/05 receipt # 00125977
          Trial by: Jury
```

Parties of Record:                          Counsel of Record:

PLF 1.1          DICKENS, ROSANNA LEE        Laurel K. Tatsuda
                                             Law Office of Laurel K. Tatsuda
                                             POB 221829
                                             Anchorage, AK 99522
                                             907-277-8080
                                             FAX 907-277-8881

DEF 1.1          PRINCESS CRUISES            Helena L. Hall
                                             Perkins Coie LLP
                                             1029 W. 3rd Avenue, Suite 300
                                             Anchorage, AK 99501
                                             907-279-8561
                                             FAX 907-276-3108

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0143--CV (JWS)
              "ROSANNA LEE DICKENS V PRINCESS CRUISES"

                       For all filing dates
```

```
 Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 06/20/05
          Closed: NO

    Jurisdiction: (3) Federal Question (US Govt not a Party)
   PLF Diversity:
   DEF Diversity:

  Nature of Suit: (442) Jobs
                  BREACH OF COVENANT OF GOOD FAITH
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 06/20/05 receipt # 00125977
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 06/20/05 | Complaint w/att exh filed; Summons issued. |
| 1 - 2 | 06/20/05 | PLF 1 Jury Demand. |
| 2 - 1 | 07/15/05 | PLF 1 Return of Service on DEF 1, Executed 6/29/05. |
| 3 - 1 | 07/19/05 | DEF 1 Attorney Appearance of H. Hall. |
| 4 - 1 | 07/20/05 | DEF 1 Stipulation for extension of time until 7/27/05 for defendant to file its answer. |
| 4 - 2 | 07/22/05 | JWS Order granting stipulation for extension of time until 7/27/05 for defendant to file answer (4-1).  cc: cnsl |
| 5 - 1 | 07/25/05 | DEF 1 Answer to Complaint. |
| 6 - 1 | 07/27/05 | JWS Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 7 - 1 | 08/15/05 | DEF 1 Rule 7.1 Disclosure statement. |
| 8 - 1 | 08/24/05 | PLF 1; DEF 1 Scheduling & Planning Conference Report w/att exhs. |
| 9 - 1 | 08/24/05 | PLF 1 Address Change Notice effective 9/1/05. |
| 10 - 1 | 08/29/05 | DEF 1 Amended Disclosure Statement. |
| 11 - 1 | 09/01/05 | JWS Scheduling and Planning Order setting pretrial deadlines: Original discovery 06/16/06; Dispositive motions deadline 07/16/06; Estimate of trial 7 days. cc: cnsl |