Helena L. Hall, Esq.
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS,<br><br>    Plaintiff,<br><br>v.<br><br>PRINCESS CRUISES d/b/a PRINCESS TOURS,<br><br>    Defendant. | Case No. A05-143 CV |

**PROPOSED ORDER ON DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PUBLIC POLICY CLAIM**

Having considered defendant's Motion and Memorandum in Support of Motion to Dismiss Public Policy Claim, any opposition thereto, and good cause appearing;

IT IS HEREBY ORDERED that the motion is GRANTED. Plaintiff's Third Cause of Action claim is dismissed with prejudice.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

By _____
Judge of the United States District Court

I hereby certify that on January 31, 2006, a copy of the foregoing Proposed Order on Motion and Memorandum in Support of Motion to Dismiss Public Policy Claim was served by regular U.S. mail on Laurel K. Tatsuda, Law Office of Laurel K. Tatsuda, P.O. Box 221829, Anchorage, Alaska 99522

s/ Helena L. Hall

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

PROPOSED ORDER    - 2 -    [24197-0026-000000/AA060120.004]