Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone: (907) 277-8080
Fax:     (907) 277-8881

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PRINCESS CRUISES d/b/a ) <br> PRINCESS TOURS ) <br> ) <br> Defendant. ) <br> _____) | CIVIL NO. A05-0143 CV (JWS) |

**STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S THIRD CAUSE OF ACTION**

Plaintiff ROSANNA LEE DICKENS, by and through her attorneys, and Defendant PRINCESS CRUISES d/b/a PRINCESS TOURS, by and through its attorneys, stipulate to the voluntary withdrawal, with prejudice, of Plaintiff's Third Cause of Action (Wrongful Discharge in Violation of Public Policy) in the above-captioned case, with each party to bear their own attorneys' fees and costs.

Plaintiff's voluntary withdrawal of her Third Cause of Action is based on a very

Stipulation for Withdrawal of
Plf's Third Cause of Action
Page 1 of 2

recent decision by the Alaska Supreme Court in which the Court, for the first time, expressly suggested, but did not decide, that it would be reluctant to recognized an independent public policy cause of action for violation of Alaska Human Rights Act, AS 18.80.200 et seq.[1]/  In light of Reust, and in the interest of judicial economy, the parties stipulate to the withdrawal of Plaintiff's Third Cause of Action (Public Policy claim).

DATED this 8th day of February, 2006.

**LAW OFFICE OF LAUREL K. TATSUDA**
Attorneys for Plaintiff

By:    s/Laurel K. Tatsuda
       733 W. Fourth Ave., Suite 400
       Anchorage, AK. 99501
       Phone: (907) 277-8080
       Fax: (907) 277-8881
       E-Mail: tatsulaw@gci.net
       Alaska Bar No. 9111103

**PERKINS COIE LLP**
Attorneys for Defendant

By:    s/Helena H. Hall (consent)
       1029 West Third Avenue, Suite 300
       Anchorage, AK. 99501
       Phone: (907) 279-8561
       Fax: (907) 276-3108
       E-Mail: hhall@perkinscoie.com
       Alaska Bar No. 9705015

I hereby certify that on February 8, 2006 the foregoing Stipulation was served on Helena H. Hall electronically through the court's CM/ECF system.

s/Laurel K. Tatsuda

---

[1]/    Reust v. Alaska Petroleum Contractors, Inc., Supreme Court Op.No. 5951 (October 28, 2005), n. 13.

Stipulation for Withdrawal of
Plf's Third Cause of Action
Page 2 of 2