Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone: (907) 277-8080
Fax:   (907) 277-8881

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS,<br><br>        Plaintiff,<br><br>        v.<br><br>PRINCESS CRUISES d/b/a<br>PRINCESS TOURS<br><br>        Defendant. | CIVIL NO. A05-0143 CV (JWS) |

**STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S THIRD CAUSE OF ACTION**

Plaintiff ROSANNA LEE DICKENS, by and through her attorneys, and Defendant PRINCESS CRUISES d/b/a PRINCESS TOURS, by and through its attorneys, stipulate to the voluntary withdrawal, with prejudice, of Plaintiff's Third Cause of Action (Wrongful Discharge in Violation of Public Policy) in the above-captioned case, with each party to bear their own attorneys' fees and costs.

Plaintiff's voluntary withdrawal of her Third Cause of Action is based on a very

Stipulation for Withdrawal of
Plf's Third Cause of Action
Page 1 of 2

1  recent decision by the Alaska Supreme Court in which the Court, for the first time,
2  expressly suggested, but did not decide, that it would be reluctant to recognized an
3  independent public policy cause of action for violation of Alaska Human Rights Act, AS
4  18.80.200 et seq.[1]/  In light of <u>Reust</u>, and in the interest of judicial economy, the parties
5  stipulate to the withdrawal of Plaintiff's Third Cause of Action (Public Policy claim).

6   DATED this 8th day of February, 2006.

**LAW OFFICE OF LAUREL K. TATSUDA**
Attorneys for Plaintiff

By:  s/Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
Anchorage, AK.  99501
Phone:  (907) 277-8080
Fax:  (907) 277-8881
E-Mail: tatsulaw@gci.net
Alaska Bar No.  9111103

**PERKINS COIE LLP**
Attorneys for Defendant

By:  s/Helena H. Hall (consent)
1029 West Third Avenue, Suite 300
Anchorage, AK.  99501
Phone: (907) 279-8561
Fax:  (907) 276-3108
E-Mail: hhall@perkinscoie.com
Alaska Bar No.  9705015

I hereby certify that on February 8, 2006
the foregoing Stipulation was served on
Helena H. Hall electronically through
the court's CM/ECF system.

s/Laurel K. Tatsuda

---

[1]/  <u>Reust v. Alaska Petroleum Contractors, Inc.</u>, Supreme Court Op.No. 5951 (October 28, 2005),  n. 13.

Stipulation for Withdrawal of
Plf's Third Cause of Action
Page  2 of  2