Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone:  (907) 277-8080
Fax:    (907) 277-8881

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS, ) | |
| Plaintiff, ) | |
| v. ) | |
| PRINCESS CRUISES d/b/a ) PRINCESS TOURS ) | CIVIL NO. A05-0143 CV (JWS) |
| Defendant. ) | |

**ORDER**

Having considered the parties' Stipulation for Withdrawal of Plaintiff's Third Cause of Action (Wrongful Discharge in Violation of Public Policy), and for good cause shown,

IT IS ORDERED that Plaintiff's Third Cause of Action (Public Policy claim) is dismissed with prejudice with each party to bear their own costs and attorneys' fees.

Stipulation to Withdraw/Proposed Order
Page 1 of 2

DATED at Anchorage, Alaska this 10th day of February, 2006.

<u>/S/JOHN W. SEDWICK</u>
JOHN W. SEDWICK
United States District Court Judge