Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone: (907) 277-8080
Fax:   (907) 277-8881

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PRINCESS CRUISES d/b/a ) | CIVIL NO. A05-0143 CV (JWS) |
| PRINCESS TOURS ) | |
| ) | |
| Defendant. ) | |
| _____) | |

### **ORDER**

The Stipulated Protective Order at docket 17 in Case No. A05-143 Civil is so Ordered.

Date: 3/29/2006                         /s/
                                        John W. Sedwick,
                                        Judge of the United States District Court