Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone: (907) 277-8080
Fax:   (907) 277-8881
E-Mail: tatsulaw@gci.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS, ) | |
| Plaintiff, ) | |
| v. ) | |
| PRINCESS CRUISES d/b/a ) PRINCESS TOURS ) | CIVIL NO. A05-0143 CV (JWS) |
| Defendant. ) | |

**STIPULATION FOR DISMISSAL OF LAWSUIT WITH PREJUDICE**

Plaintiff ROSANNA LEE DICKENS, by and through her attorneys, and Defendant PRINCESS CRUISES d/b/a PRINCESS TOURS, by and through its attorneys, stipulate and agree that the above-captioned lawsuit may be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Stipulation for Dismissal of
Lawsuit/A05-143 Civil
Page 1 of 2

DATED this 4th day of May, 2006.

**LAW OFFICE OF LAUREL K. TATSUDA**
Attorneys for Plaintiff

By:   s/Laurel K. Tatsuda
      733 W. Fourth Ave., Suite 400
      Anchorage, AK. 99501
      Phone: (907) 277-8080
      Fax: (907) 277-8881
      E-Mail: tatsulaw@gci.net
      Alaska Bar No. 9111103

**PERKINS COIE LLP**
Attorneys for Defendant

By:   s/Helena H. Hall (consent)
      1029 West Third Avenue, Suite 300
      Anchorage, AK. 99501
      Phone: (907) 279-8561
      Fax: (907) 276-3108
      E-Mail: hhall@perkinscoie.com
      Alaska Bar No. 9705015

I hereby certify that on May 4, 2006 the foregoing Stipulation was served on Helena H. Hall electronically through the court's CM/ECF system.

s/Laurel K. Tatsuda