Laurel K. Tatsuda, Esq.
Alaska Bar No.  9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O.  Box 221829
Anchorage, AK.  99522

Phone:   (907) 277-8080
Fax:       (907) 277-8881
E-Mail: tatsulaw@gci.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS, )<br>                                )<br>          Plaintiff,           )<br>                                )<br>     v.                        )<br>                                )<br> PRINCESS CRUISES d/b/a  )<br> PRINCESS TOURS          )<br>                                )<br>          Defendant.       )<br>_____ ) | CIVIL NO.  A05-0143 CV (JWS) |

**PROPOSED ORDER**

Having considered the parties' Stipulation for Dismissal of the above-captioned

lawsuit,

IT IS ORDERED that the above-captioned case, A05-143 Civil, is dismissed with

prejudice, with each party to bear its own attorneys' fees and costs.

Proposed Order
A05-143 Civil
Page  1 of  2

1    DATED at Anchorage, Alaska this _____ day of May, 2006.

2

3

4                                          _____

5                                          JOHN W. SEDWICK
                                           United States District Court Judge

6

7

8

9

10   I hereby certify that on May 4, 2006
     the foregoing proposed order was served on
11   Helena H. Hall electronically through
     the court's CM/ECF system.

12
     s/Laurel K. Tatsuda
13

14

15

16

17

18

19

20

21

22

23

24

25

26
     Proposed Order
27   A05-143 Civil
     Page  2 of  2
28