Laurel K. Tatsuda, Esq.
Alaska Bar No. 9111103
Law Office of Laurel K. Tatsuda
733 W. Fourth Ave., Suite 400
P.O. Box 221829
Anchorage, AK. 99522

Phone: (907) 277-8080
Fax:   (907) 277-8881
E-Mail: tatsulaw@gci.net

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ROSANNA LEE DICKENS,<br><br>      Plaintiff,<br><br>v.<br><br>PRINCESS CRUISES d/b/a<br>PRINCESS TOURS<br><br>      Defendant. | CIVIL NO. A05-143 CV (JWS) |

**ORDER**

Having considered the parties' Stipulation for Dismissal of the above-captioned lawsuit,

**IT IS ORDERED** that the above-captioned case, A05-143 Civil, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED at Anchorage, Alaska, this 11th day of May 2006.

                                              /s/
                                 JOHN W. SEDWICK
                                 United States District Court Judge